IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN LANEY; CHARLES BURNETTE; BRANDON HOURMOUZUS; MARKE ZEMBRYCKI; KELLY LANEY; MIGUEL IBARRIA; BURNETTE ENGINEERING RESOURCES LLC AKA BER CONSULTANTS LLC; ROGUE CONSULTANTS; UT RADAR CONSULTING; HOURMOUZUS & SONS, LLC; and IMPERIAL SHOTCRETE, INC.,<br><br>    Defendants.<br>_____/<br><br>IMPERIAL SHOTCRETE, INC.,<br><br>    Third party plaintiff,<br><br>  v.<br><br>BRIAN FEDERICO,<br><br>    Third party defendant.<br>_____/ | No. C 12-04708 WHA<br><br>**ORDER RE STIPULATION FOR ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT** |

The parties have filed a stipulation seeking an order granting leave for plaintiff to file a second amended complaint adding Brian Federico as a defendant. Defendant and third party plaintiff Imperial Shotcrete, Inc., has already filed a third party complaint against Federico. Federico has not appeared in this action and it is unclear whether he was properly served with the third party complaint. The parties are requested to respond as to whether the proposed amendment has any effect on the pending motion to stay and motion for joinder. This order

notes that it appears that Federico is a defendant in the criminal action *United States v. Ibarria*, 12-cr-00862-YGR. Responses are requested to be filed by **NOON ON FRIDAY, FEBRUARY 1**.

**IT IS SO ORDERED.**

Dated: January 31, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE