**United States District Court**
For the Northern District of California

1
2
3
4
5                   IN THE UNITED STATES DISTRICT COURT
6
7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   FEDERAL INSURANCE COMPANY,                    No. C 12-04708 WHA
10              Plaintiff,
11      v.                                        **ORDER RE INITIAL DISCLOSURES**
12  KEVIN LANEY; CHARLES BURNETTE;
13  BRANDON HOURMOUZUS; MARKE
    ZEMBRYCKI; KELLY LANEY; MIGUEL
14  IBARRIA; BURNETTE ENGINEERING
    RESOURCES LLC AKA BER CONSULTANTS
15  LLC; ROGUE CONSULTANTS; UT RADAR
    CONSULTING; HOURMOUZUS & SONS,
16  LLC; and IMPERIAL SHOTCRETE, INC.,
17              Defendants.
                                            /
18
19          Pursuant to an order dated January 15, 2013, the deadline for initial disclosures was held
20  in abeyance pending determination of defendant Charles Burnette's motion to stay proceedings.
21  On February 14, an order issued staying the action for four months as to defendants Burnette and
22  Kevin Laney only.  The action is not stayed as to the other defendants.  Accordingly, the
23  deadline for initial disclosures for all parties except Burnette and Laney is MARCH 1.  All other
24  deadlines in this action shall remain in place.
25
26          **IT IS SO ORDERED.**
27
28  Dated:   February 19, 2013.
                                        _____
                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE