IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATRIX SERVICE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN LANEY, CHARLES BURNETTE, BRANDON HOURMOUZUS, MARK ZEMBRYCKI, KELLY LANEY, MIGUEL IBARRIA, BRIAN FEDERICO, BURNETTE ENGINEERING RESOURCES LLC AKA BER CONSULTANTS LLC, ROGUE CONSULTANTS, UT RADAR CONSULTING, HOURMOUZUS & SONS, LLC, and IMPERIAL SHOTCRETE, INC.,<br><br>    Defendants.<br>                                        / | No. C 12-04708 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE MEDIATION COMPLETION DEADLINE** |

     In an order dated September 12, the parties' stipulation to continue their mediation completion deadline was granted. Although the parties had sought to continue the mediation completion deadline from September 19 to November 19, the order only granted a continuance to October 19 and on the condition that "[n]o additional extensions will be granted" (Dkt. No. 121).

     The parties have now filed another stipulation to continue their mediation completion date, this time to November 19. One of the reasons for this request is that the extension will allow the parties to continue working towards resolving this action without incurring the substantial costs of attending mediation. The parties also submit that there are criminal

proceedings against several defendants from this matter, and that the extension will allow these defendants to work towards settlement without fear that statements made during mediation could affect their criminal matters (Dkt. No. 124).

The present stipulation to continue the mediation completion deadline to November 19 is **DENIED**. The parties have not provided a sufficient justification for such an extension. Moreover, the September 12 order expressly stated no additional extensions.

**IT IS SO ORDERED.**

Dated: October 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE