United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATRIX SERVICE COMPANY,

    Plaintiff,

v.

KEVIN LANEY, et al.,

    Defendants.

_____/

IMPERIAL SHOTCRETE, INC.,

    Third Party Plaintiff,

v.

BRIAN FEDERICO,

    Third Party Defendant.

_____/

No. C 12-04708 WHA

**ORDER RE DEADLINE FOR FINAL PRETRIAL CONFERENCE SUBMISSIONS; AND VACATING DATES FOR FINAL PRETRIAL CONFERENCE AND TRIAL**

    This order reminds counsel that all final pretrial conference submissions are due by **5 PM ON FEBRUARY 24, 2014**. Please consult the existing case management order and follow all standing guidelines and orders of the undersigned judge for civil cases on the Court's website at http://www.canduscourts.gov. Continuances will rarely be granted.

    The final pretrial conference will be an important event, for it will be there that the shape of the upcoming trial will be determined, including *in limine* orders, time limits, and exhibit mechanics. Lead trial counsel must attend.

To avoid any misunderstanding with respect to the final pretrial conference and trial, the undersigned judge wishes to emphasize that all filings and appearances must be made — on pain of dismissal, default or other sanction — unless and until a dismissal fully resolving the case is received. It will not be enough to inform the Clerk that a settlement in principle has been reached or to lodge a partially executed settlement agreement or to lodge a fully executed agreement (or dismissal) that resolves less than the entire case. Where, however, a fully executed and unconditional settlement agreement clearly and fully disposing of the entire case is lodged reasonably in advance of the final pretrial conference or trial and only a ministerial act remains, the undersigned judge will arrange a status conference to work out an alternate procedure pending a formal dismissal.

In addition, the final pretrial conference on March 3, 2014 and the trial on March 10, 2014 are hereby **VACATED**. The final pretrial conference is now set for **2 PM ON MARCH 12, 2014**. The trial will then begin at **7:30 AM ON MARCH 24, 2014**. *Please note that the deadline for final pretrial conference submissions remains as stated above.*

**IT IS SO ORDERED.**

Dated: February 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE